

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

## MEMORANDUM ENDORSED

February 20, 2014

**BY E-MAIL**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 240
New York, New York 10007
CaproniNYSDChambers@nysd.uscourts.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2-21-14
```

    Re:    <u>United States v. Marvin Jemal</u>,
           14 Cr. 117 (VEC)

Dear Judge Caproni:

    The Indictment in the above-captioned matter was unsealed this morning, and the case was assigned to Your Honor at that time. The Government understands that Your Honor has scheduled an initial pre-trial conference for March 3, 2014 at 10:00 a.m. This afternoon, the defendant appeared before the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, for presentment and arraignment on the Indictment, at which time Magistrate Judge Gorenstein excluded time under the Speedy Trial Act until March 3, 2014, pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

    Enclosed, please find a copy of the Indictment for the Court's files.

**SO ORDERED:**

*/s/ Valerie Caproni*    2-21-14
HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

PREET BHARARA
United States Attorney

By: *Christopher D. Frey*
Christopher D. Frey
Assistant United States Attorney
(212) 637-2270

Enclosure

cc: Michael Miller, Esq. (By e-mail)
    Evan Glassman, Esq. (By e-mail)