# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

June 18, 2014

By ECF

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 240
New York, New York 10007

     Re: *United States v. Marvin Jemal*
       14 Cr. 117 (VEC)

Dear Judge Caproni:

  I write on behalf of my client, Marvin Jemal, in the above-referenced case to respectfully request a one or two day adjournment of the pre-trial conference scheduled for July 7, 2014 at 2:00 p.m.

  In response to the Government's letter application for an adjournment, the Court adjourned the matter to July 7, 2014. Unfortunately, I will be out of the country on business on July 7. On consent of the Government, we request an adjournment to July 8, 2014 or July 9, 2014 at a time convenient to the Court.

  Should the Court have any questions, we stand ready to assist. Thank you for your courtesy in this and all other matters.

           Very truly yours,

           Benjamin Brafman

cc:  AUSA Christopher D. Frey (via e-mail)