**BRAFMAN & ASSOCIATES, P.C.**

ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: BBRAFMAN@BRAFLAW.COM

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2019

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY AND CA

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN NY AND NJ

January 25, 2019

By ECF
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 240
New York, New York 10007

Re: *United States v. Marvin Jemal,* 14 Cr. 117 (VEC)

Dear Judge Caproni:

I write on behalf of my client, Marvin Jemal, in the above-referenced case to respectfully request that he be permitted to travel to China from February 9, 2019 until February 14, 2019.

As the Court is aware, Mr. Jemal is currently not steadily employed. In an effort to rebuild his professional life, Mr. Jemal has located various sources of products in China for which he can potentially act as a middle-man for an American company to purchase. The American company will reimburse Mr. Jemal for his travel expenses.

The Government and the Probation Department consent to this application. Should the Court have any questions, we stand ready to assist. Thank you for your courtesy in this and all other matters.

Very truly yours,

Joshua D. Kirshner

cc: AUSA Daniel Noble (ECF)
Probation Officer Vincent Danielo (via email)

Application GRANTED.

SO ORDERED.

1/28/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE